## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 122 MM 2021

           Respondent   :

                 v.   :

WILLIAM M. VELASQUEZ,   :

           Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of January, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.